# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Zagel | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 2388 | **DATE** | 9/27/2005 |
| **CASE TITLE** | SALVADOR LONGORIA vs. JASON GARRETT | | |

**DOCKET ENTRY TEXT:**

The petition for writ of habeas corpus is denied.  Enter memorandum opinion and order.

■ [ For further detail see attached order.]

| | Courtroom Deputy Initials: | DW |
|---|---|---|